**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**OMAR OCASIO,**

                **Plaintiff,**             9:08-cv-51
                                                    (GLS/DRH)

       v.

**F. DELUKE,** C.O., Great Meadow Correctional Facility; **P. VANGUILDER,** Deputy of Security, Great Meadow Correctional Facility; **RICHARD ROY,** Inspector General; **D. BEEBE,** C.O; **S. HAMEL,** C.O.; **T. LESPIER,** Sgt.; **C. MURRY,** Sgt.; **R. ARMSTRONG,** Lt.; **S. ROWE,** Captain; **JULIE DANIELS,** Inmate Grievance Coordinator; **M. HARRIS,** Nurse; **RICHARD A. DUNNING,** as Administrator of the Estate of Elaine Dunning; **GREAT MEADOW CORRECTIONAL FACILITY,** Medical Grievance Department; **LUCIEN LECLAIRE, JR.; EDWARD MCSWEENEY;** and **DONALD SELSKY,**

                       **Defendants.**
_____

**APPEARANCES:**                      **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Omar Ocasio
Pro Se
2405 First Avenue, Apt. #5B
New York, NY 10035

**FOR THE DEFENDANTS:**
HON. ERIC T. SCHNEIDERMAN     JAMES SEAMAN
New York State Attorney General     ADAM SILVERMAN
The Capitol                             Assistant Attorneys General
Albany, NY 12224

**Gary L. Sharpe
District Court Judge**

# MEMORANDUM-DECISION AND ORDER

Pro se plaintiff Omar Ocasio, a former inmate at Great Meadow Correctional Facility, brings this action under 42 U.S.C. § 1983, alleging violations of his First, Eighth, and Fourteenth Amendment rights. (*See* Compl., Dkt. No. 1.) On September 1, 2009, defendants moved for summary judgment on Ocasio's claims. (Dkt. No. 129.) In a Report-Recommendation and Order (R&R) filed September 3, 2010, Magistrate Judge David R. Homer recommended that defendants' motion be granted and that Ocasio's claims be dismissed.[1] (Dkt. No. 158.) Pending are Ocasio's objections to the R&R. (Dkt. No. 162.) For the reasons that follow, the R&R is adopted in its entirety.

Before entering final judgment, this court routinely reviews all report and recommendation orders in cases it has referred to a magistrate judge. If a party has objected to specific elements of the magistrate judge's findings and recommendations, this court reviews those findings and

---

[1]The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

recommendations de novo.  *See Almonte v. N.Y. State Div. of Parole*, No. 04-cv-484, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006).  In those cases where no party has filed an objection, or only a vague or general objection has been filed, this court reviews the findings and recommendations of a magistrate judge for clear error.  *See id.*

Without specifying the legal or factual basis for his objections, Ocasio generally objects to Judge Homer's R&R.  (*See* Objections at 2-4, Dkt. No. 162.)  In light of Ocasio's nonspecific and vague objections, the court has reviewed the R&R for clear error and finds none.  Accordingly, the court adopts Judge Homer's findings and recommendations and grants defendants' motion for summary judgment on Ocasio's claims.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge David R. Homer's Report-Recommendation and Order (Dkt. No. 158) is **ADOPTED** and defendants' summary judgment motion (Dkt. No. 129) is **GRANTED**; and it is further

**ORDERED** that Ocasio's complaint is **DISMISSED** in its entirety; and it is further

**ORDERED** that the Clerk close this case and provide a copy of this Memorandum-Decision and Order to the parties by regular and certified

mail.

**IT IS SO ORDERED.**

Date:     March 8, 2011
          Albany, New York